Rudy Wayne Raimer
wraimer@gmail.com
126 Primrose Dr
Salinas, CA 93906
(661) 886-1746
Pro Se

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Rudy Wayne Raimer          )

             Plaintiff,  )

     VS          )

Antelope Valley Union High)     )

School District          )

     Defendant(s).     )

_____     )

CASE NO. **CV11-0346** GHK (VBKx)

**EMPLOYMENT DISCRIMINATION**

**COMPLAINT**

1.    Plaintiff resides at:

    Address:  126 Primrose Dr.

    City, State & zip code: Salinas CA 93906

    Phone:   661-886-1746

2.    Defendant is located at:

    Address:   44811 Sierra Highway

    City, State & zip code: Lancaster, CA 93534

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964

    for employment discrimination. Jurisdiction is conferred on this Court by 42

    U.S.C. Section 2000e-5.

    Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

    a.__  Failure to employ me.

Form-Intake 2 (Rev. 4/05)                    - 1 -

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN - 4 2011

CENTRAL DISTRICT OF CALIFORNIA

LODGED
CLERK, U.S. DISTRICT COURT

JAN 1 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY

2011 JAN 25 PM 3:39

FILED U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1    b. X  Termination of my employment.

2    c. __  Failure to promote me.

3    d. X Other acts as specified below.

4  Disability discrimination, retaliation, negligent and intentional infliction of

5  emotional and physical distress. I was not allowed to work for long periods of

6  time with a substantial loss of wages and benefits. I was given punitive work

7  assignments

8

9  5.    Defendant's conduct is discriminatory with respect to the following:

10    a. _ My race or color.

11    b. _My religion.

12    c. _My sex.

13    d. _ My national origin.

14    e. X Other as specified below.

15  I believe that I have been discriminated against in retaliation for complaining

16  about a protected activity in violation of the Americans with Disabilities Act of

17  1990, as amended.

18  6.    The basic facts surrounding my claim of discrimination are:

19  My disability is chemically hypersensitivity. Retaliation and discrimination began

20  after I filed an injury report in September 2005.  Besides negligence in

21  maintaining Indoor Air Quality, I was assigned to work in classrooms with a

22  high risk of chemical exposure. I was refused information on workplace

23  chemicals, I was ordered off work with loss of pay and benefits because I could

24  not tell the district what chemicals I was exposed to. Per EPA and CAL OSHA

25  the employer has the duty to investigate chemical exposures and provide the

26  employee with environmental information they posses. I was given negative

27  evaluations for an involuntary/punitive teaching assignment that is in violation of

Form-Intake 2 (Rev. 4/05)          - 2 -

CA Ed Code.  I was informed by the school district in June 2008 that they could not follow CAL OSHA and/or EPA guidelines to accommodate my work restrictions.  My health accommodation calls for avoiding chemicals and portable classrooms. My classroom needs sufficient fresh air intake and enhanced maintenance of the HVAC system . I received a letter from the school district dated July 24, 2008 that my employment was terminated effective June 30, 2008.

7.      The alleged discrimination occurred on or about <u>July 24,2008</u>

8.      I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged discriminatory conduct on or about Nov. 15, 2008.

9.      The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about Oct 7, 2010

10.     Plaintiff hereby demands a jury for all claims for which a jury is permitted: Yes__ No **XX**

11.     WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED:      <u>Dec 30, 2010</u>

SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION*            <u>Rudy Wayne Raimer</u>

IS NOT REQUIRED.)                                PLAINTIFFS NAME

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  Rudy W. Raimer<br>126 Primrose Dr.<br>Salinas, CA 93906 | From:  Los Angeles District Office<br>255 E. Temple St. 4th<br>Los Angeles, CA 90012 |

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 480-2009-00588 | Nicole M. St Germain,<br>Investigator | (213) 894-1000 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Denise Ny No_

9/30/10

Enclosures(s)

**Olophius E. Perry,**
**District Director**

(Date Mailed)

cc:   **Jan Medema**
**Human Resources**
**ANTELOPE VALLEY SCHOOL DISTRICT**
**44815 Sierra Highway**
**Lancaster, CA 93534**

C JUNE 2002
5 USPS

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express
Misuse may be a violation of federal law.

UNITED S
PITNEY BOWES
$ 21.05[0]
02 1M
0004243061 JAN 03 2011
MAILED FROM ZIP CODE 93906

SERVICE ®

www.usps.

NT Please Rush To Addressee

FOR PICKUP OR TRACKING CALL 1-800-222-1811

JAN - 4 2011

Pro Se

CV

E G 1 3 9 3 4 0 1 6 1 U S

# EXPRESS MAIL

UNITED STATES POSTAL SERVICE ®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

| ORIGIN (POSTAL SERVICE USE ONLY) | | |
|---|---|---|
| PO ZIP Code | Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage $ 21.05 |
| Date Accepted Mo. 1 Day 3 Year 11 | Scheduled Date of Delivery Month Day | Return Receipt Fee $ |
| Time Accepted 4:15 ☐ AM ☑ PM | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 21.05 |
| Flat Rate ☐ or Weight lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

| DELIVERY (POSTAL USE ONLY) | | |
|---|---|---|
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature |

CUSTOMER USE ONLY

[redacted]

☐ **WAIVER OF SIGNATURE** *(Domestic Mail Only)*
**Additional merchandise insurance is void if customer requests waiver of signature.**
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY
☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

Salinas, CA 93906

TO: (PLEASE PRINT) PHONE ( )

312 North Spring St
Los Angeles CA

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

PRESS HARD. YOU ARE MAKING 3 COPIES.

PLEASE PRESS FIRMLY

PLEASE PRESS FIRMLY

-E PRESS FIRMLY

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
Name:
Tel. No.: ( )

Tyvek®
it's Inside.™

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| Rudy Wayne Raimer | Antelope Valley Union High School District |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Rudy Wayne Raimer    661.886-1746<br>126 Primrose Dr.<br>Salinas, CA 93906 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No   ☑ MONEY DEMANDED IN COMPLAINT: $ 1,500,000.0

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title VII of the Civil Rights Act of 1964 and the Americans With Disabilities Act of 1990 As amended. Wrongful termination, discrimination, retaliation

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | Vacate Sentence Habeas Corpus | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☑ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

# CV11-0346

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed **related** if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Monterey |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Rudy Wayne Cramer_ Date 12/28/2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |